IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| North American Derivatives Exchange, Inc. d/b/a Crypto.Com Derivatives North America, *Plaintiff* | * | Case No. 1:25-Cv-01285-MJM |
| vs. | * | |
| John A. Martin, et al., *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CONSENT MOTION TO EXTEND DEFENDANTS' TIME TO FILE A RESPONSIVE PLEADING

Pursuant to Rule 7(b), through their undersigned attorneys, and with Consent of Plaintiff North American Derivatives Exchange, Inc. d/b/a Crypto.Com Derivatives North America, the Defendants John A. Martin, Maryland Lottery and Gaming Control Commission, Maryland Lottery and Gaming Control Agency, Everett D. Browning, Sr., E. Randolph Marriner, Ade Adebisi, Diane Croghan, George L. Doetsch, Jr., Harold E. Hodges, and James J. Stakem, (collectively "Defendants") move to extend the time for filing their responsive pleading to Plaintiff's Complaint for Permanent Injunction and Declaratory Relief.

1. On April 21, 2025, Plaintiff filed its Complaint for Permanent Injunction and Declaratory Relief against Defendants.

2. Pursuant to Rule 12, the Defendants responsive pleading to the Complaint is due May 12, 2025.

3. The Defendants seek additional time to file their initial response to the Complaint and request that the time for filing their initial response be extended until June 30, 2025.

4. Plaintiff, through counsel, consent to the Defendant's request.

WHEREFORE, with the consent of Plaintiff, the Defendants request that their initial response to Plaintiff's Complaint be extended until June 30, 2025.

<table>
<tr><td>

May 12, 2025

</td><td>

ANTHONY G. BROWN  
Attorney General of Maryland

/s/ Erik J. Delfosse

_____

Erik J. Delfosse (No. 18881)  
Assistant Attorney General  
Maryland Lottery and Gaming Control Agency  
1800 Washington Boulevard; Suite 330  
Baltimore, Maryland 21230  
erik.delfosse@maryland.gov  
Telephone: 410-230-8726  
Facsimile: 410-230-8787  
*Attorneys for Defendants*

</td></tr>
</table>

CERTIFICATE OF SERVICE

I certify that, on this 12th day of May 2025, the foregoing was served by CM/ECF on all registered CMF users.

/s/ Erik J. Delfosse

_____

Erik Delfosse