**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

North American Derivatives Exchange, Inc.       *       Case No. 1:25-Cv-01285-MJM
d/b/a Crypto.Com Derivatives North America,
    *Plaintiff*                                              *

    vs.                                                      *

John A. Martin, et al.,                             *
    *Defendants*.
                                                      *

*       *       *       *       *       *       *       *       *       *       *       *       *       *

## ORDER

After considering the parties Joint Motion to Extend Defendants' Time to file a Responsive

Pleading, it is this __25th__ day of __June__, 2025, ORDERED that Defendants' time to file their

Responsive Pleading is extended until August 29, 2025.


_____/S/_____
Matthew J. Maddox, Judge
United States District Court