# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| North American Derivatives Exchange, Inc. d/b/a Crypto.Com Derivatives North America, *Plaintiff* | * | Case No. 1:25-Cv-01285-MJM |
| | * | |
| vs. | * | |
| John A. Martin, et al., *Defendants*. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **ORDER**

After considering the parties Joint Motion to Extend Defendants' Time to file a Responsive Pleading, it is this __31st__ day of __July__, 2025, ORDERED that Defendants' time to file their Responsive Pleading is extended until September 26, 2025.

/S/
_____
Matthew J. Maddox, Judge
United States District Court